UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTON DEAN BIGGS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>RIVERBEND DETENTION )<br>CENTER, )<br>)<br>Respondent. ) | Civil Action No. 1:22-cv-03733 (UNA) |

## **MEMORANDUM OPINION**

This matter is before the court on its initial review of petitioner's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. Petitioner is a state prisoner currently incarcerated at Riverbend Detention Center, located in Lake Providence, Louisiana, and he challenges his conviction by the 14th Judicial District Court of Calcasieu Parish Louisiana.

Federal court review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Petitioner was convicted and sentenced in Louisiana; therefore, this court lacks jurisdiction over this matter.

Consequently, the court grants petitioner's application for leave to proceed *in forma pauperis*, ECF No. 2, and dismisses the petition, and this matter, without prejudice. A separate order accompanies this memorandum opinion.

Date: December 21, 2022

*Amy B Jackson*
AMY BERMAN JACKSON
United States District Judge